STATE OF NEW JERSEY v. FRANK POLO, JR.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LAMONT GRANT.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE DELANEY.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BARRY WILLIAMS.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KIM PUIG.

July 11, 1986.

Petition for certification denied.